RECEIVED

AUG 05 2013

AT 8:30_____
WILLIAM T. WALSH——M
CLERK

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

---

WARNER CHILCOTT COMPANY, LLC,

                    Plaintiff,

    v.

MYLAN INC., MYLAN PHARMACEUTICALS
INC. and FAMY CARE LTD.,

                    Defendants.

---

HON. JOEL A. PISANO

C.A. No. 3:11-cv-03262-JAP-TJB

**CONSENT ORDER AND FINAL**
**JUDGMENT**

        THIS MATTER having been opened to the Court (Hon. Joel A. Pisano, U.S.D.J.) upon the joint application of Plaintiff Warner Chilcott Company, LLC ("Plaintiff") and Defendants Mylan, Inc., Mylan Pharmaceuticals Inc. and Famy Care Ltd. ("Defendants"), for an Order and Final Judgment by Consent; and it appearing that Plaintiff and Defendants (the "Parties") have agreed to reasonable terms to resolve this action and have set forth those terms and conditions in a Settlement Agreement (which has been submitted to the Court), and by their respective undersigned attorneys, hereby stipulate and consent to entry of this Consent Judgment and good cause appearing,

IT IS this ____ day of July, 2013

ORDERED, ADJUDGED AND DECREED as follows:

1.     This Court has jurisdiction over the subject matter of this action and has personal jurisdiction over the Parties.

1

2.     Plaintiff has asserted claims 1 and 7-12 of U.S. Patent No. 5,552,394 ("the asserted claims") against Defendants in this action.

3.     As used in this Consent Judgment, the term "Mylan Product" shall mean the oral contraceptive tablets containing ethinyl estradiol, norethindrone acetate 0.02mg/1mg as described in Mylan's ANDA No. 20-2742 (the "Mylan ANDA").

4.     Solely for the purposes of this action and the submission of the Mylan ANDA to the FDA, Defendants acknowledge and agree that the asserted claims of U.S. Patent No. 5,552,394 are valid and enforceable.

5.     Defendants acknowledge and agree, for themselves and their Affiliates, that the manufacture, use, sale, offer to sell, importation or distribution of the Mylan Product by or on behalf of Defendants or their Affiliates, including pursuant to the Mylan ANDA would infringe the asserted claims of U.S. Patent 5,552,394.

6.     Except as permitted by the Settlement Agreement, Defendants shall not make, have made, use, sell, offer to sell, import or distribute the Mylan Product or any other product containing ethinyl estradiol, norethindrone acetate 0.02 mg/1 mg tablets that is a generic equivalent to Loestrin 24 Fe, either directly or indirectly, on their own part or through any Affiliate, officer, agent, servant, employee or attorney, or through any person in concert or coordination with Defendants.

7.     Compliance with this Consent Judgment may be enforced by Plaintiff and its successors in interest, or assigns, as permitted by the terms of the Settlement Agreement.

8.     The Parties have agreed to be bound by the Settlement Agreement, and this Court retains jurisdiction to enforce or supervise performance under this Consent Judgment and to resolve disputes with respect to the Settlement Agreement.

9.     Except as provided above and in the Settlement Agreement, all claims, counterclaims, affirmative defenses and demands in this action are hereby dismissed with prejudice and without costs, disbursements or attorneys' fees to any party.


*William J. O'Shaughnessy*

(ATTORNEYS FOR PLAINTIFF)
William J. O'Shaughnessy
MCCARTER & ENGLISH, LLP
Four Gateway Center
100 Mulberry St.
Newark, NJ 07102
Tel: (973) 622-4444
Fax: (973) 624-7070


Dominick A. Conde
Brian V. Slater
Joanna Garelick Goldstein
Charlotte Jacobsen
FITZPATRICK, CELLA, HARPER
      & SCINTO
1290 Avenue of the Americas
New York, NY 10104
Tel: (212) 218-2100
Fax: (212) 218-2200

3

(ATTORNEYS FOR DEFENDANTS)
Geri L. Albin
Jeffrey Soos
SAIBER LLC
One Gateway Center, 10th Floor
Newark, NJ 07102-5311
Tel: (973) 622-3333

Robert L. Florence
Timothy H. Kratz
George J. Barry III
Karen L. Carroll
Marcus Barber
MCGUIREWOODS LLP
1230 Peachtree Street N.E., Suite 2100
Atlanta, GA 30309-3534
Tel: (404) 443-5500
Fax: (404) 443-5599

_____
UNITED STATES DISTRICT JUDGE
Honorable Joel A. Pisano

Dated: _8/5/13_____

4